IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| David L. Stockman, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>Flint TV License Company, LLC; Allen Media Broadcasting, LLC; Allen Media Group, LLC; Advance Local Media, LLC; Advance Publications, Inc.; ASC Communications, LLC,<br><br>Defendants. | C/A No. 2:26-3215-BHH-PJG<br><br>**ORDER REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE IN COURT FILINGS** |

The court hereby cautions attorneys and parties, including *pro se* litigants, who elect to use generative artificial intelligence ("AI") tools to assist in drafting any document filed with the court. In their current state, many AI platforms are prone to hallucinations, bias, and misinformation. Any language generated by an AI tool must be verified for accuracy by a human being. The use of AI without verification of the accuracy of its output implicates Rule 11 of the Federal Rules of Civil Procedure, which serves, in part, to deter frivolous, improper, and baseless filings through the imposition of sanctions. Rule 11 applies to the attorney of record whose signature is on the document, or to a party personally if the party is unrepresented.

Through this order, all parties are hereby informed of the court's no-tolerance policy for any legal memoranda or other filings that cite to non-existent cases, contain hallucinated legal propositions, or otherwise materially misstate the law—whether or not AI was used in the drafting process. Similarly, filings generated and filed for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, violate Rule 11—whether or not AI tools were used to generate them. See also Fed. R. Civ. P. 1 (requiring the court to administer

the Rules of Civil Procedure to secure the just, speedy, and inexpensive determination of every action and proceeding).

Any such filings are subject to sanctions under Rule 11 or other applicable authority including, but not limited to, the filing being stricken from the docket, monetary sanctions, an award of costs and attorney's fees, dismissal of the lawsuit, entry of default, or contempt of court. No further warning will be given.

**IT IS SO ORDERED.**

October 29, 2026
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE